1  CHAD A. READLER
   Acting Assistant Attorney General
2  Civil Division

3  BRIAN J. STRETCH
   United States Attorney
4
   ELIZABETH J. SHAPIRO
5  Deputy Director, Federal Programs Branch

6  MATTHEW J. BERNS (DC 998094)
   CHETAN A. PATIL (NY 4780599)
7  Trial Attorney
   United States Department of Justice
8  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., NW
9  Washington, DC 20530
   Tel.: (202) 616-8016; Fax: (202) 616-8470
10 Email: matthew.j.berns@usdoj.gov

11 *Attorneys for Defendants U.S. Department of*
   *Homeland Security and U.S. Customs and*
12 *Border Protection*

13              **UNITED STATES DISTRICT COURT**
         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14                    **OAKLAND DIVISION**

15

16 AMERICAN CIVIL LIBERTIES UNION
   OF NORTHERN CALIFORNIA,
17 AMERICAN CIVIL LIBERTIES UNION
   OF HAWAI'I, AND AMERICAN CIVIL
18 LIBERTIES UNION OF UTAH,            Case No.: 4:17-cv-01970-SBA

19       Plaintiffs,                    **DEFENDANTS' NOTICE OF**
                                        **PENDENCY OF OTHER ACTIONS**
20       v.                            **AND NOTICE OF MOTION FILED**
                                        **WITH UNITED STATES JUDICIAL**
21                                      **PANEL ON MULTIDISTRICT**
                                        **LITIGATION TO TRANSFER THIS**
22 U.S. DEPARTMENT OF HOMELAND          **ACTION PURSUANT TO 28 U.S.C.**
   SECURITY and U.S. CUSTOMS AND        **§ 1407**
23 BORDER PROTECTION,

24       Defendants.

25

26

27

28

Notice of Pendency of Other Actions and JPML Motion to Transfer - 1
Case No. 4:17-cv-01970-SBA

1    Pursuant to Civil L.R. 3-13, Defendants U.S. Department of Homeland
2 Security ("DHS") and U.S. Customs and Border Protection ("CBP") hereby
3 provide notice that this case involves all or a material part of the same subject
4 matter and all or substantially all of the same parties as twelve other actions
5 pending in twelve other federal district courts.  On May 8, 2017, Defendants filed
6 with the Judicial Panel on Multidistrict Litigation a Motion for Transfer of Actions
7 Pursuant to 28 U.S.C. § 1407 for Coordinated and Consolidated Pretrial
8 Proceedings, which seeks transfer of all thirteen related actions to the U.S. District
9 Court for the District of Columbia.  Copies of Defendants' Motion, the Supporting
10 Memorandum, and the Schedule of Actions are attached as Exhibits 1, 2, and 3
11 respectively.
12    All of the related actions involve Freedom of Information Act requests
13 submitted by affiliates of the American Civil Liberties Union to CBP on February
14 2, 2017, seeking identical or substantially identical categories of records from
15 various CBP offices.  DHS and CBP are the only defendants in each action, and the
16 only plaintiffs are affiliates of the American Civil Liberties Union.
17    The Schedule of Actions (Exhibit 3) reflects the title and case number of
18 each related action, and the location of the court in which each related action is
19 pending.  As set forth more fully in the Supporting Memorandum (Exhibit 2),
20 transfer is appropriate because the Related Actions involve "one or more common
21 questions of fact" and transfer will serve the "convenience of parties and witnesses
22 and will promote the just and efficient conduct of such actions."  28 U.S.C. § 1407.
23 Dated: May 8, 2017                          Respectfully submitted,

24                                                               CHAD A. READLER
25                                                               Acting Assistant Attorney General

26                                                               BRIAN J. STRETCH
27                                                               United States Attorney

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

 /s/ Matthew J. Berns
MATTHEW J. BERNS
CHETAN A. PATIL

*Attorneys for Defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection*

Notice of Pendency of Other Actions and JPML Motion to Transfer - 3
Case No. 4:17-cv-01970-SBA