James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

Attorney for Defendants
U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

Thomas R. Burke (State Bar No. 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500

Attorney for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION
OF NORTHERN CALIFORNIA, AMERICAN
CIVIL LIBERTIES UNION OF HAWAIʻI, AND
AMERICAN CIVIL LIBERTIES UNION OF UTAH

[Complete list of counsel appears below]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, AMERICAN CIVIL LIBERTIES UNION OF HAWAIʻI, AND AMERICAN CIVIL LIBERTIES UNION OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | Case No. 4:17-cv-01970-SBA<br><br>**JOINT STATUS REPORT** |

1  Pursuant to the Court's January 22, 2018 order ("Order"), plaintiffs American

2  Civil Liberties Union of Northern California, American Civil Liberties Union of Hawai'i,

and American Civil Liberties Union of Utah, and defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection ("the agency") hereby advise the Court as follows regarding the agency's progress in processing plaintiffs' FOIA request:

1. The agency represents that between July 1, 2018 and August 31, 2018, the agency completed processing 2,857 pages of potentially responsive email messages and attachments, including 20 spreadsheets, from the files of custodians in the San Francisco Field Office.

2. The agency further represents that in one interim response sent to plaintiffs on July 30, 2018, the agency produced to plaintiffs 671 pages of responsive email messages and attachments, including 20 spreadsheets, from the files of custodians in the San Francisco Field Office.

Respectfully submitted this 17th day of September, 2018,

/s/ Thomas R. Burke
Thomas R. Burke (State Bar No. 141930)
thomasburke@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA  94111
Telephone:  (415) 276-6500

/s/ Linda Lye
Linda Lye (State Bar No. 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493

/s/ Mateo Caballero
Mateo Caballero (*admitted pro hac vice*)
mcaballero@acluhawaii.org
AMERICAN CIVIL LIBERTIES UNION
OF HAWAI'I FOUNDATION

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ James Bickford
JAMES BICKFORD
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 305-7632
James.Bickford@usdoj.gov

*Attorneys for Defendants*

Case 4:17-cv-01970-SBA   Document 55   Filed 09/17/18   Page 3 of 4

P.O. Box 3410
Honolulu, HI 96801
Telephone: (808) 522-5908

*/s/ Leah Farrell*
Leah Farrell (*admitted pro hac vice*)
lfarrell@acluutah.org
AMERICAN CIVIL LIBERTIES UNION
OF UTAH FOUNDATION
355 North 300 West
Salt Lake City, UT 84103
Telephone: (801) 521-9862

*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | **CERTIFICATION** |
| 2 | Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have conferred with |
| 3 | Thomas Burke, Linda Lye, Mateo Caballero, and Leah Farrell, co-counsel for plaintiffs, |
| 4 | regarding this filing, who represented that they concur in the filing of this document and |
| 5 | that I am authorized to file it on their behalf. |

DATED: September 17, 2018

                                                Respectfully submitted,

                                                */s/ James Bickford*
                                                James Bickford